Decided September 12, 2005

## IN RE BRENDAN C.

The petition by the respondent mother for certification for appeal from the Appellate Court, 89 Conn. App. 511 (AC 25327), is denied.

*Joseph A. Geremia, Jr.*, in support of the petition.

*Robert W. Clark*, assistant attorney general, in opposition.

Decided September 12, 2005

## RONALD F. CAHALY ET AL. *v.* DAVID M. SOMERS ET AL.

The petition by the defendants David M. Somers and Beverly L. Somers for certification for appeal from the Appellate Court, 89 Conn. App. 816 (AC 25373), is denied.

*Mark H. Dean*, in support of the petition.

*Seth Jacoby*, in opposition.

Decided September 12, 2005